IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS SMITH,** **PLAINTIFF**
**ADC #55114**

**v.** Case No. 5:13-cv-00244-KGB-JJV

**ARKANSAS DEPARTMENT OF**
**CORRECTION,** *et al*. **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice as to plaintiff Thomas Smith's Eighth Amendment claims and without prejudice as to Mr. Smith's Fifth and Fourteenth Amendment claims and his state-law claim under the Arkansas Civil Rights Act. The relief sought is denied.

SO ADJUDGED this the 31st day of March, 2015.

_____
Kristine G. Baker
United States District Judge